In the United States Bankruptcy Court
for the Eastern District of Virginia
Richmond Division

RE:
**Kenneth V. Green**                                              |
**Rena A. Green,**                                                |           Case No. **15-34418-KRH**|
                                                                  |
*Debtor(s)*                                                       |

### Order Granting Motion to Continue Automatic Stay

This matter came upon the Motion for Continuation of the Automatic Stay and the Memorandum in Support Thereof (the "Motion") was filed herein by Kenneth V. Green and Rena A. Green (the "Debtor(s)"); and

UPON CONSIDERATION WHEREOF, it appearing to the Court that the Debtor(s) filed this bankruptcy case on August 25, 2015 (the "instant case"), and relief under §362 was granted; and

It appearing that the Debtor, Rena A. Green, has had a prior Chapter 13 Bankruptcy case (the "prior case") pending within one year prior to the filing of this case, which prior case was dismissed; and

It appearing that the Motion and a Notice of Hearing has been properly served upon all creditors and parties in interest; and

It appearing that the filing of the instant case was in good faith as to all creditors; it is, accordingly,

**ADJUDGED, ORDERED**, and **DECREED** that the automatic stay of 11 U.S.C. § 362(a) shall not terminate and is hereby extended without condition as to Debtor, Rena A. Green,

Debtor(s)' property, all creditors, and property of the bankruptcy estate throughout the pendency of this case; and it is further

    ORDERED that the Clerk shall mail copies of this Order, once entered to all parties on the attached service list.

Date: Sep 21 2015

/s/ Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: Sep 21 2015

I ask for this:

By: /s/ Richard J. Oulton
Richard J. Oulton
Counsel for Debtor
America Law Group, Inc.
**207-A South Main Street**
Phone: (804) 292-6529
Fax: (804) 292-7529

## **CERTIFICATION**

    Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ Richard J. Oulton
Richard J. Oulton
Counsel for Debtor(s)